### 127.   Allen & Company v. Boyd & McDavid.

HAMMOND, J.   1. The verdict was warranted, if not demanded by the evidence. The judge of the superior court did not err in dismissing the certiorari and refusing to grant a new trial in the city court of Early county, where the suit originated.

2. The charge was full to overflowing. Both parties got all they were entitled to, and divided the overflow equally. If there were errors in the charge, they were mild. The plaintiff lost, not because of the charge, but because he failed to impress the jury with the justness of his cause.

*Judgment affirmed.*

Certiorari, from Early superior court—Judge Sheffield. April 4, 1906.

Argued February 25,—Decided March 2, 1907. Powell, J., being disqualified, Judge Hammond, of the Augusta circuit, was designated to preside in his stead.

*J. R. Pottle, W. D. Sheffield,* for plaintiffs.

*John T. West, T. S. Hawes, R. H. Sheffield,* for defendants.